John J. Belanger, Esq. (AZ Bar No. 021671)
jbelanger@bremerwhyte.com
Marcus D. Tappe, Esq. (AZ Bar No. 020030)
mtappe@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
3200 N. Central Avenue, Suite 2450
Phoenix, AZ 85012
Telephone: (602) 274-1204
Facsimile: (602) 274-1205

Attorneys for Defendant,
Ivey Mechanical Company, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ORO VALLEY HOSPITAL, L.L.C., | Case No. 4:10-CV-00654-TUC-AWT |
| Plaintiff, | **IVEY MECHANICAL COMPANY, LLC'S FOURTH-PARTY COMPLAINT** |
| vs. | |
| BOVIS LEND LEASE, INC. n/k/a LEND LEASE (US) CONSTRUCTION, INC., a Florida corporation; and GOULD TURNER GROUP, P.C., | |
| Defendants. | |
| BOVIS LEND LEASE, INC. n/k/a LEND LEASE (US) CONSTRUCTION, INC., a Florida corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| ABG CAULKING CONTRACTORS, INC., a Tennessee corporation; BABBY-HENKEL BUILDING SPECIALTIES, INC., an Arizona corporation; CELL-AIR CRETE, INC., an Arizona corporation; CONWAY TILE CO., INC., an Arizona corporation; DELTA/UNITED SPECIALITIES, INC., a Tennessee corporation; GRANITE CONSTRUCTION COMPANY, a California corporation; HARDROCK CONCRETE PLACEMENT CO., INC., an Arizona corporation; IVEY MECHANICAL COMPANY, LLC, a Mississippi corporation; KAWNEER COMPANY, INC., a Delaware corporation; MIRAGE PLASTERING, INC., an Arizona corporation; PROGRESSIVE SERVIES. INC. d/b/a | |

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

| | |
|---|---|
| PROGRESSIVE ROOFING, an Arizona corporation; ROMANOSKI GLASS AND MIRROR COMPANY, INC.; SIGNCRAFT, INC., a Tennessee corporation; BLACK CORPORATIONS I-XX; WHITE PARTNERSHIPS I-XX; DOES I-XX and YELLOW MANUFACTURERS I-XX,<br><br>        Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IVEY MECHANICAL COMPANY, LLC,<br><br>        Fourth-Party Plaintiff,<br>    vs.<br><br>DYNASTY INSULATION, INC., an Arizona corporation; SUN MECHANICAL CONTRACTING, INC., an Arizona corporation; YORK INTERNATIONAL CORPORATION, a Delaware corporation; BLACK CORPORATIONS I-XX; WHITE PARTNERSHIPS I-XX,<br><br>        Fourth-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Third-Party Defendant/Fourth-Party Plaintiff, Ivey Mechanical Company, LLC for its Fourth-Party Complaint against Fourth-Party Defendants York International Corporation, a Delaware corporation, Sun Mechanical Contracting, Inc., an Arizona corporation, and Dynasty Insulation, Inc., an Arizona corporation, (collectively, "Fourth-Party Defendants"), ("Fourth Party-Party Plaintiff") does allege as follows:

**PARTIES**

1. All events, acts, or omissions complained of by Plaintiff, Third-Party Plaintiff and Fourth-Party Plaintiff in this action, upon which relief is sought, allegedly occurred in Pima County, Arizona, and within this Court's jurisdiction. The amount in controversy in this action meets or exceeds the jurisdictional limits of this Court.

2. Fourth-Party Plaintiff has been the subject of claims by the Third-Party Plaintiff for express indemnity, breach of contract, breach of implied warranty of workmanship, common law implied indemnity and breach of contract: duty to defend

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

2

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

arising from work performed in constructing the Oro Valley Hospital located in Pima County, Arizona ("Project")

3. Fourth-Party Defendant York International Corporation ("York") is a Delaware corporation. York provided materials and performed work on the Project. The scope of York's work included, but may not have been limited to, providing necessary labor, materials, engineering, and tools to install all controls and control components for an acceptable and operable controls system.

4. Fourth-Party Defendant Sun Mechanical Contracting, Inc., ("Sun") is an Arizona corporation. Sun provided materials and performed work on the Project. Sun's scope of work included, but may not have been limited to, providing and installing a complete plumbing system as well as providing and installing a complete Medical Gas system.

5. Fourth-Party Defendant Dynasty Insulation, Inc., ("Dynasty") is an Arizona corporation. Dynasty provided materials and performed work on the Project. Dynasty's scope of work included, but may not have been limited to, providing all labor and materials, storage, hoisting, tools, and equipment for the complete installation of mechanical and plumbing insulation.

6. Upon information and belief, Fourth-Party Defendants Black Corporations I – XX are fictitious names whose true names are not known to Fourth-Party Plaintiff at this time. Fourth-Party Plaintiff requests permission to insert the true names of these Fourth-Party Defendants at such time as the true names are discovered with the same effect as if such names had been set forth specifically herein.

7. Upon information and belief, Fourth-Party Defendants White Partnerships I-XX are fictitious names whose true names are not known to Fourth-Party Plaintiff at this time. Fourth-Party Plaintiff requests permission to insert the true names of these Fourth-Party Defendants at such time as the true names are discovered with the same effect as if such names had been set forth specifically herein.

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

3

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

8. Upon information and belief, Fourth-Party Defendants Does I – XX are fictitious names whose true names are not known to Fourth-Party Plaintiff at this time.

9. Fourth-Party Plaintiff requests permission to insert the true names of these Fourth-Party Defendants at such time as the true names are discovered with the same effect as if such names had been set forth specifically herein.

10. Fourth-Party Defendants named in Paragraphs 3 through 9 shall at all times hereafter be referred to as "Subcontractors."

## FACTS

11. Fourth-Party Plaintiff is informed and believes, and based thereon alleges, that said Fourth-Party Defendants, and each of them participated in the design, development, engineering, labor, materials, and/or construction of the Project, wherein Fourth-Party Defendants were to furnish their best skill and judgment and to cooperate with Fourth-Party Plaintiff.

12. Fourth-Party Plaintiff has been named in the above-captioned suit, wherein Plaintiff has alleged defective conditions and related damage in and arising from various systems of the Project. Plaintiff's Complaint and expert reports provided to date include allegations of defects and damages in and arising from work of the Fourth-Party Defendants' design, construction, workmanship, and materials including but not limited to:

    a. improperly installed substrate;

    b. improper installation and reinforcement of the EIFS system around the entire building;

    c. improperly sealed and reinforced joints of the EIFS system around the entire building;

    d. improper construction of the roof deck and flashings;

    e. general poor construction quality including use of incorrect materials, covering over mistakes rather than correcting them;

    f. improperly flashed penetrations in EIFS, improperly sealed penetrations;

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

4

g.    improperly sealed tile flooring, including but not limited to improper installation of thin-set or lengthened period of time past the factory recommended duration to place tile on thin-set and;

h.    Other construction defects that will be identified through discovery.

13. If Fourth-Party Plaintiff is found to be liable to Plaintiff for any damages at the Project, then Fourth-Party Plaintiff is informed and believes, and thereon alleges, that such damage is primarily and ultimately caused by the acts, omissions, breaches, and/or omissions of Fourth-Party Defendants, and each of them, whereas Fourth-Party Plaintiff's acts, if any, were secondary, passive, or derivative in nature.

14. Fourth-Party Plaintiff is informed and believes, and based thereon alleges, that the defects and damages alleged by Plaintiff involve defects in and damage to the subject Project, and Fourth-Party Plaintiff is further informed and believes, and thereon alleges, that said damages were caused by the Fourth-Party Defendants or their agents, and each of them, arising out of or in connection with the performance of Fourth-Party Defendants' obligations as referenced above.

## JURISDICTION AND VENUE

15. This Court has original subject-matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because diversity of citizenship exists between each Fourth-Party Defendant and the Fourth-Party Plaintiff and, based on the claims set forth in Fourth-Party Plaintiff's Fourth-Party Complaint, the matters in controversy allegedly exceed $75,000.00. Further, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) as the Fourth-Party Plaintiff's claims are so related to claims in the action within original jurisdiction that they are part of the same case or controversy.

16. This Court has personal jurisdiction over the non-resident Fourth-Party Defendants pursuant to 28 U.S.C. § 1332 and Arizona Rule of Civil Procedure 4.2(a) ("Rule"). Rule 4.2(a) provides that a Court of this State may exercise personal jurisdiction over parties, whether found within or outside the state, to the maximum extent permitted by the Constitution of this State and the Constitution of the United States.

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ  85012
(602) 274-1204

5

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

17. Venue is proper pursuant to 28 U.S.C. § 1391 (b)(2) because a substantial part of the events giving rise to the claim asserted herein occurred in the judicial district where this Court is situated. Additionally, all of the real property that is the subject of this action is situated in the judicial district where this Court is situated.

## FIRST CAUSE OF ACTION

### [Express Indemnity]

### (As to All Fourth-Party Defendants)

18. Fourth-Party Plaintiff repeats all allegations set forth in paragraphs 1-17 above as if fully set forth herein.

19. Fourth-Party Defendants each expressly agreed to indemnity, hold harmless, and defend Fourth-Party Plaintiff, and to be responsible for and reimburse Fourth-Party Plaintiff for all claims, demands, or liability arising from or related to Fourth-Party Defendants' scope of work, acts, omissions, workmanship, or materials.

20. Fourth-Party Plaintiff is informed and believes, and thereon alleges, that the defects and damages claimed by Plaintiff involve defects and damage to, or destruction of, property and Fourth-Party Plaintiff is further informed and believes, and thereon alleges, that said damages were caused by Fourth-Party Defendants and each of them, arising out of and connected with the performance of Fourth-Party Defendants' obligations pursuant to the written agreement entered into by each of them for work on the Project.

21. Fourth-Party Plaintiff is informed and believes, and thereon alleges, that Fourth-Party Defendants, and each of them, entered into contracts with others in the performance of services provided in the construction or renovation of the Project and are responsible for all acts and omissions of their agents, employees, and subcontractors.

22. Fourth-Party Plaintiff, by this action, demands that Fourth-Party Defendants and each of them defend, indemnify, and hold harmless Fourth-Party Plaintiff for any claims or sums paid or awarded to Plaintiff by way of settlement, judgment or otherwise.

23. BREMER WHYTE BROWN & O'MEARA was retained by Fourth-Party Plaintiff to defend the claims and demand by Third-Plaintiff, including the defense of

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

6

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

Fourth-Party Plaintiff, thereby incurring cost, consultants' fees, attorneys' fees and other litigation fees in the defense of this action and prosecution of this Complaint.

## SECOND CAUSE OF ACTION

### [Breach of Contract and Express Warranty]

### (As to All Fourth-Party Defendants)

24. Fourth-Party Plaintiff repeats all allegations set forth in paragraphs 1-23 above as if fully set forth herein.

25. Fourth-Party Plaintiff is informed and believes, and thereon alleges, that Fourth-Party Defendants, and each of them, entered agreements with Fourth-Party Plaintiff to perform work on the Project.

26. Fourth-Party Plaintiff is informed and believes, and thereon alleges, that Fourth-Party Defendants, and each of them, made warranties and guarantees to Fourth-Party Plaintiff which includes express warranties on Fourth-Party Defendants' workmanship and materials.

27. Fourth-Party Plaintiff is informed and believes, and thereon alleges, that the failures and damages alleged and claimed by Plaintiff arises from the work, acts, and omissions of Fourth-Party Defendants and constitute breaches of Fourth-Party Defendants' express and implied contractual obligations including its guarantees and warranties to Fourth-Party Plaintiffs.

28. As a direct and proximate result of the breaches of Fourth-Party Defendants, it is herein alleged that Fourth-Party Plaintiff incurred and continues to incur costs and expenses including, but not limited to, litigation costs, contractors' fees, attorneys' fees and consultants' fees to inspect, repair and mitigate damages arising out of said negligent design, construction, repair and maintenance and to defend against Plaintiff's claims and actions.

//
//
//

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

7

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

## THIRD CAUSE OF ACTION

### (Breach of Implied Warranty of Workmanship)

### [All Subcontractor Fourth-Party Defendants]

29. Fourth-Party Plaintiff fully incorporates herein by reference all allegations contained in paragraphs 1 through 28 of this Fourth-Party Complaint.

30. Subcontractor Fourth-Party Defendants impliedly warranted that their materials would be of merchantable quality and reasonably fit for its intended purpose and that the work and labor performed under any agreement or instruction would be done in a careful and workmanlike manner in conformance with Arizona construction standards and/or practices and all applicable project documents, including the plans, specifications, and scopes of work.

31. Based upon the allegations brought by the Owner, and/or damages incurred by Fourth-Party Plaintiff, the warranties referenced above and provided by Subcontractor Fourth-Party Defendants have been breached as the workmanship and labor were not performed in a workmanlike manner or in accordance with Arizona construction standards and/or practices, and the materials were not reasonably fit for their intended purpose and of a merchantable quality and free from defects.

32. As a result of these breaches of such warranties, Fourth-Party Plaintiff has suffered direct and consequential damages in amounts as set forth above.

33. As a result of the claims against and damages incurred by Fourth-Party Plaintiff, it has become necessary for Fourth-Party Plaintiff to initiate this Fourth-Party Complaint, and therefore, Fourth-Party Plaintiff is entitled to recover its reasonable attorneys' fees, expert fees, costs, prejudgment interest, and all other expenses related in any way to this lawsuit and any arbitration, action, or other suit brought by the Owner, including any amount paid as a result of settlement, judgment, or compromise.

//
//
//

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

8

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

## FOURTH CAUSE OF ACTION

### (Common Law Implied Indemnity)

### [All Fourth-Party Defendants]

34. Fourth-Party Plaintiff fully incorporates herein by reference all allegations contained in paragraphs 1 through 33 of this Fourth-Party Complaint.

35. Fourth-Party Plaintiff is entirely without active fault with regard to the acts or omissions giving rise to the Owners' construction defects claims, and thus, is entitled to common law indemnity from Fourth-Party Defendants.

36. Pursuant to the facts of this case and the parties' relationships, as well as Arizona common law and the Restatement of Torts (Second) § 886B, Fourth-Party Plaintiff is entitled to common law indemnity and/or equitable indemnity from Fourth-Party Defendants for their reasonable attorneys' fees, expert fees, costs, and all other expenses related in any way to this lawsuit and any arbitration, action, or other suit brought by the Owners, including any amount paid as a result of settlement, judgment, or compromise.

37. Fourth-Party Plaintiff seeks recovery in common law indemnity under various bases, including, without limitation, equity, unjust enrichment, tort and contract.

## FIFTH CAUSE OF ACTION

### [Negligence]

### (As to All Fourth-Party Defendants)

38. Fourth-Party Plaintiffs fully incorporate herein by reference all allegations contained in Paragraphs 1 through 37 of this Third-Party Complaint.

39. Fourth-Party Defendants owed a duty to Fourth-Party Plaintiffs to ensure that their work would be performed in a workmanlike manner and in accordance with Arizona construction standards and practices, and that materials so provided would be free from material defects and/or fit for their intended of represented purpose.

40. Fourth-Party Defendants knew, or should have known, that the breach of those duties would cause damages to Fourth-Party Plaintiff, who relies upon Fourth-Party Defendants to perform their work properly and according to applicable standards and to

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ  85012
(602) 274-1204

9

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

provide products that were free from material defects and were good for their respective conjunctive intended and represented purposes.

41. Based on allegations raised by Plaintiff, including damage alleged to other than the Fourth-Party Defendants' work itself and/or damages incurred by Fourth-Party Plaintiffs, Fourth Party Defendants breaches their duties to Fourth-Party Plaintiffs by negligently failing to ensure that their work was performed in a workmanlike manner in accordance with all applicable construction standards, and that materials provided for use in the development were free from defects, and reasonable fit for their respective conjunctive intended purposes as represented to Fourth-Party Plaintiffs.

42. As a result of these breaches of such warranties, Fourth-Party Plaintiffs have suffered direct and consequently damages in amounts to be proven at trial.

43. As a result of the claims against and damages incurred by the Fourth-Party Plaintiffs, it has become necessary for Fourth-Party Plaintiffs to initiate this Fourth-Party Complaint, and therefore, they are entitled to recover their reasonable attorney's fees, experts fees, costs pre-judgment interest and all other expensed elated in any way to this lawsuit, as well as any arbitration action, or other suit brought by Plaintiff, including any amount paid as a result of a settlement, judgment, award or compromise.

## **SIXTH CAUSE OF ACTION**

### **[Declaratory Relief Re: Duty to Defend]**

### **(As to All Third-Party Defendants)**

44. Fourth-Party Plaintiff repeats all allegations set forth in paragraphs 1-3 above as if fully set forth herein.

45. A written contract exists between each Fourth-Party Defendant and Fourth-Party Plaintiff. Each said contract is incorporated herein by reference as though fully set forth herein.

46. The subject contracts contain certain provisions for indemnity and defense of the property Owner and other parties.

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

10

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

47. The claims, allegations, and suit by Plaintiff falls within the scope of the indemnity and defense obligations owed to Fourth-party Plaintiff by Fourth-Party Defendants, and each of them, as the claims, allegations, and suit concern alleged deficiencies at the Project and which pertain to the services, scope of work, and materials provided by Fourth-Party Defendants.

48. Fourth-Party Defendants, and each of them, have a present duty to defend against any claim made against Fourth-Party Plaintiff pursuant to the subject contract, and as a result of the assertion of a claim and/or loss arising out of the work of the Fourth-Party Defendants, and each of them. Fourth-Party Plaintiff has a present legal right to be provided a defense by the Fourth-Party Defendants.

49. The provisions of the written agreement between Fourth-Party Defendants, and each of them, which include each Fourth-Party Defendant's obligation to provide an immediate defense to the Owner and/or to Fourth-Party Plaintiff.

50. Fourth-Party Plaintiff has tendered the defense of the claims by Plaintiff and Third-Party Plaintiff to Fourth -Party Defendants.

51. A dispute has arisen and an actual controversy now exists between Fourth-Party Plaintiff and Fourth-Party Defendants and each of them, in that Fourth-Party Plaintiff contends that it is entitled to a present defense from Fourth-Party Defendants, and each of them, while the Fourth-Party Defendants and each of them, deny such obligations under the contract.

52. Fourth-Party Plaintiff hereby seeks a Declaration by the Court as to each of their respective rights and said Fourth-Party Defendants' duties and obligations as to the duty to provide an immediate defense in connection with the allegations, claims, and demands against Fourth-Party Plaintiff, and a judgment in Fourth-Party Plaintiff's favor as to any obligations by said Fourth-Party Defendants, and each of them, to Fourth-Party Plaintiff.

//

//

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

11

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

## SEVENTH CAUSE OF ACTION

## [Declaratory Relief Re: Duty to Indemnify]

### (As to All Fourth-Party Defendants)

53. Fourth-Party Plaintiff repeats all allegations set forth in paragraphs 1-52 above as if fully set forth herein.

54. Under the indemnity agreements identified above, and as contained in the written contracts referenced therein, Fourth-Party Defendants and each of them, are obligated to indemnify Fourth-Party Plaintiffs from all liability, loss, or damage relating to matters embraced by the indemnity and arising out of the scope of work of the Fourth-Party Defendants and each of them.

55. A dispute has arisen and an actual controversy now exists between Fourth-Party Plaintiff and the Fourth-Party Defendants, and each of them, in that Fourth-Party Plaintiff contends that it is entitled to indemnity from the Defendants, and each of them, for those claims made by Plaintiff, while the Fourth-Party Defendants and each of them, deny such obligations under the contract.

56. Fourth-Party Plaintiff seeks a Declaration by the Court as to its respective rights and said Fourth-Party Defendants' duties and obligations as to the duty to indemnify, hold harmless, and reimburse it in connection with matters alleged by, claims, and demands by Plaintiff and a judgment in Fourth-Party Plaintiff's favor as to any obligations by said Fourth-Party Defendants, and each of them, to Fourth-Party Plaintiff.

**WHEREFORE**, Fourth-Party Plaintiff prays for judgment against Fourth-Party Defendants, and each of them, as follows:

A. For its damages according to proof at time of trial;

B. For all costs of suit, expenses, attorneys' and expert fees incurred herein and allowed under any theory, including, but not limited to A.R.S. §§12-341 and 12-341.01(A);

C. For this Court's declaration(s), as set forth, above regarding the Fourth-Party Defendants' contractual duties owed to Fourth-Party Plaintiff, including the duties to

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

12

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc

defend and indemnify Fourth-Party Plaintiff for the claims and demands asserted against Third-Party Plaintiff by Plaintiff Oro Valley Hospital, LLC;

    D.    For such other relief as this Court may deem just and proper.

Dated: March 1, 2013          BREMER WHYTE BROWN & O'MEARA LLP

                By: /s/ Marcus D. Tappe
                     John J. Belanger, Esq.
                     Marcus D. Tappe, Esq.
                     Attorneys for Defendant,
                     Ivey Mechanical Company, LLC

ORIGINAL of the foregoing electronically filed this 1st day of March, 2013, with:

Clerk of the Court
United States District Court for the District of Arizona

**CERTIFICATE OF SERVICE**

    I hereby certify that on **INSERT DATE**, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing, thereby serving all parties of record in this case.

By: /s/ LaDonna C. Borquez

BREMER WHYTE BROWN & O'MEARA LLP
3200 N. CENTRAL AVENUE
SUITE 2450
PHOENIX, AZ 85012
(602) 274-1204

13

H:\1289\001\PLD\BWBO FILING\Fourth Party Complaint.doc