IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Oro Valley Hospital, L.L.C., | ) | No. CV 10-654-TUC-AWT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bovis Lend Lease, Inc. n/k/a/ Lend Lease (US) Construction Inc. and Gould Turner Group, P.C. | ) ) ) | |
| Defendants. | ) ) | |
| Bovis Lend Lease, Inc. n/k/a Lend Lease (US) Construction Inc., a Florida corporation, | ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| vs. | ) | |
| ABG Caulking Contractors, Inc., a Tennessee corporation, *et al.* | ) ) | |
| Third Party Defendants. | ) ) | |
| Ivey Mechanical Company, LLC | ) | |
| Fourth-Party Plaintiff, | ) ) | |
| vs. | ) | |
| Dynasty Insulation, Inc., an Arizona corporation, *et al.* | ) ) ) | |
| Fourth-Party Defendants. | ) ) | |

Before the Court is a Joint Motion By Third-Party Defendant/Fourth-Party Plaintiff Ivey Mechanical Company, LLC ("Ivey") and Fourth-Party Defendant York International Corporation ("York") For Order Extending Time For York's Response To Ivey Mechanical Company's Fourth-Party Complaint. For good cause appearing,

1

2       **IT IS ORDERED** the Joint Motion is **GRANTED**, and the time for York's response

3   to Ivey's Fourth-Party Complaint, is extended until terminated by further order of the Court,

4   15 days' written notice by Ivey's counsel to York's counsel, or 30 days after completion or

5   termination of the underlying arbitration, whichever is the earliest.

        DATED this 28th day of March, 2013.

6

7

8                                                _____
                                                    A. Wallace Tashima
9                                                 United States Circuit Judge
                                                    Sitting by Designation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28