IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> Bovis Lend Lease, Inc. n/k/a/ Lend Lease (US) Construction Inc. and Gould Turner Group, P.C. <br><br> Defendants. | No. CV 10-654-TUC-AWT <br><br> **ORDER** |
| Bovis Lend Lease, Inc. n/k/a Lend Lease (US) Construction Inc., a Florida corporation, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> ABG Caulking Contractors, Inc., a Tennessee corporation, *et al*. <br><br> Third Party Defendants. | |
| Ivey Mechanical Company, LLC <br><br> Fourth-Party Plaintiff, <br><br> vs. <br><br> Dynasty Insulation, Inc., an Arizona corporation, *et al*. <br><br> Fourth-Party Defendants. | |

Pursuant to the Stipulation for Dismissal of Ivey Mechanical Company, LLC's ("Ivey") Fourth Party Complaint and all fourth-party claims against Fourth-Party Defendant Sun Mechanical Contracting, Inc. ("Sun"), and for good cause appearing,

**IT IS ORDERED** that Ivey's Fourth Party Complaint and all fourth party claims against

Sun are hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and Sun shall be removed from the case caption as a party to this action.

DATED this 28th day of May, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation

- 2 -