1

2                    IN THE UNITED STATES DISTRICT COURT

3                        FOR THE DISTRICT OF ARIZONA

4

5   Oro Valley Hospital, L.L.C.,           )   No. CV 10-654-TUC-AWT
                                           )
6              Plaintiff,                   )   **ORDER**
                                           )
    vs.                                     )
7                                           )
    Bovis Lend Lease, Inc. n/k/a/ Lend Lease )
8   (US) Construction Inc. and Gould Turner )
    Group, P.C.                             )
9                                           )
              Defendants.                   )
10  _____ )
                                           )
11  Bovis Lend Lease, Inc. n/k/a Lend Lease )
    (US) Construction Inc., a Florida       )
12  corporation,                            )
                                           )
13     Third Party Plaintiff,               )
                                           )
14  vs.                                     )
                                           )
15  ABG Caulking Contractors, Inc., a       )
    Tennessee corporation, *et al.*         )
16                                          )
       Third Party Defendants.             )
17  _____ )
                                           )
18  Ivey Mechanical Company, LLC            )
                                           )
19     Fourth-Party Plaintiff,              )
                                           )
20  vs.                                     )
                                           )
21  Dynasty Insulation, Inc., an Arizona    )
    corporation, *et al*.                   )
22                                          )
       Fourth-Party Defendants.            )
23  _____ )

24

25         Plaintiff, Oro Valley Hospital, L.L.C., and Defendant Gould Turner Group, P.C., having filed

26  a stipulation for dismissal with prejudice of Gould Turner Group, P.C., and cause appearing

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    **IT IS ORDERED** dismissing this matter with prejudice as to Gould Turner Group, P.C. only, each party to bear its own attorneys' fees and costs.

    DATED this 9th day of August, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation