IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>Bovis Lend Lease, Inc. n/k/a/ Lend Lease (US) Construction Inc. and Gould Turner Group, P.C.<br><br>    Defendants. | No. CV 10-654-TUC-AWT<br><br>**ORDER** |
| Bovis Lend Lease, Inc. n/k/a Lend Lease (US) Construction Inc., a Florida corporation,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>ABG Caulking Contractors, Inc., a Tennessee corporation, *et al*.<br><br>    Third Party Defendants. | |
| Ivey Mechanical Company, LLC<br><br>    Fourth-Party Plaintiff,<br><br>vs.<br><br>Dynasty Insulation, Inc., an Arizona corporation, *et al*.<br><br>    Fourth-Party Defendants. | |

Plaintiff, Oro Valley Hospital, L.L.C., and Defendant Lend Lease (US) Construction Inc. ("Lend Lease"), having filed a stipulation for dismissal with prejudice of Lend Lease, pursuant to which Lend Lease assigns its rights, exclusive of additional insured obligations, against  the Third

Party Defendants to Planitiff relating to third party claims in this matter, and pursuant to which Lend Lease's third-party complaint is not dismised, and cause appearing

**IT IS ORDERED** that, pursuant to said stipulation, this matter is dismissed with prejudice as to Lend Lease only, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that, pursuant to said stipulation, Lend-Lease's third-party complaint is not dismissed.

DATED this 3rd day of September, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation