IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>Bovis Lend Lease, Inc. n/k/a/ Lend Lease (US) Construction Inc. and Gould Turner Group, P.C.<br><br>    Defendants. | No. CV 10-654-TUC-AWT<br><br>**ORDER** |
| Bovis Lend Lease, Inc. n/k/a Lend Lease (US) Construction Inc., a Florida corporation,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>ABG Caulking Contractors, Inc., a Tennessee corporation, *et al*.<br><br>    Third Party Defendants. | |
| Ivey Mechanical Company, LLC<br><br>    Fourth-Party Plaintiff,<br><br>vs.<br><br>Dynasty Insulation, Inc., an Arizona corporation, *et al*.<br><br>    Fourth-Party Defendants. | |

Pursuant to the Stipulation for Dismissal as to Third-Party Defendant, Granite Construction Company, submitted by attorneys for Plaintiff, Oro Valley Hospital, Inc., and attorneys for Third-Party Defendant, Granite Construction Company, and for good cause appearing,

**IT IS ORDERED** that all third-party claims against Third-Party Defendant Granite

1  Construction Company are hereby dismissed with prejudice.

2      **IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and Granite

3  Construction Company shall be removed from the case caption as a party to this action.

4

5      DATED this 6th day of September, 2013.

6

7

8  _____
         A. Wallace Tashima
         United States Circuit Judge
9          Sitting by Designation