1
2               IN THE UNITED STATES DISTRICT COURT
3                    FOR THE DISTRICT OF ARIZONA
4

| | |
|---|---|
| Oro Valley Hospital, L.L.C., | No. CV 10-654-TUC-AWT |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| Bovis Lend Lease, Inc. n/k/a/ Lend Lease (US) Construction Inc. and Gould Turner Group, P.C. | |
| Defendants. | |
| Bovis Lend Lease, Inc. n/k/a Lend Lease (US) Construction Inc., a Florida corporation, | |
| Third Party Plaintiff, | |
| vs. | |
| ABG Caulking Contractors, Inc., a Tennessee corporation, *et al*. | |
| Third Party Defendants. | |
| Ivey Mechanical Company, LLC | |
| Fourth-Party Plaintiff, | |
| vs. | |
| Dynasty Insulation, Inc., an Arizona corporation, *et al*. | |
| Fourth-Party Defendants. | |

The order filed September 13, 2013 [142] is amended as follows:

**IT IS ORDERED** that all third-party claims against Third-Party Defendant Babby-Henkel Building Specialties, Inc. are hereby dismissed with prejudice.

1
2    DATED this 16th day of September, 2013.
3
4                                    _____
                                     A. Wallace Tashima
5                                    United States Circuit Judge
                                     Sitting by Designation
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28