# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C., | No. CV 10-654-TUC-AWT |
| Plaintiff, | **ORDER DISMISSING THIRD-PARTY DEFENDANT, ROMANOSKI GLASS AND MIRROR COMPANY, INC., WITH PREJUDICE** |
| vs. | |
| Bovis Lend Lease, Inc., and Gould Turner Group, P.C., | |
| Defendants. | |
| Bovis Lend Lease, Inc., | |
| Third-Party Plaintiff, | |
| vs. | |
| ABG Caulking Contractors, Inc.; Babby-Henkel Building Specialties, Inc.; Cell-Air Crete, Inc.; Conway Tile Co. Inc.; Delta/United Specialties, Incorporated; Granite Construction Company; Hardrock Concrete Placement Co., Inc.; Ivey Mechanical Company, LLC; Kawneer Company, Inc.; Mirage Plastering, Inc.; Progressive Services, Inc. d/b/a Progressive Roofing; Romanoski Glass and Mirror Company, Inc.; Signcraft, Inc.; Black Corporations I-XX; White Partnerships I-XX; Does I-XX; and Yellow Manufacturers I-XX, | |
| Third-Party Defendants. | |

Pursuant to the Stipulation for Dismissal as to Third-Party Defendant, Romanoski Glass and Mirror Company, Inc., submitted by attorneys for Plaintiff, Oro Valley Hospital, Inc., and attorneys for Third-Party Defendant, Romanoski Glass and

Mirror Company, Inc., and for good cause appearing,

**IT IS ORDERED** that all third-party claims against Third-Party Defendant Romanoski Glass and Mirror Company, Inc. are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and Romanoski Glass and Mirror Company, Inc. shall be removed from the case caption as a party to this action.

DATED this 4th day of October, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation