IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>Bovis Lend Lease, Inc., and<br>Gould Turner Group, P.C.,<br><br>Defendants.<br>――――――――――――――――<br>Bovis Lend Lease, Inc.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ABG Caulking Contractors, Inc.;<br>Babby-Henkel Building Specialties, Inc.;<br>Cell-Air Crete, Inc.;<br>Conway Tile Co. Inc.;<br>Delta/United Specialties, Incorporated;<br>Granite Construction Company;<br>Hardrock Concrete Placement Co., Inc.;<br>Ivey Mechanical Company, LLC;<br>Kawneer Company, Inc.;<br>Mirage Plastering, Inc.;<br>Progressive Services, Inc. d/b/a<br>Progressive Roofing;<br>Romanoski Glass and Mirror Company,<br>Inc.;Signcraft, Inc.; Black Corporations<br>I-XX; White Partnerships I-XX; Does I-<br>XX; and<br>Yellow Manufacturers I-XX,<br><br>Third-Party Defendants. | No. CV 10-654-TUC-AWT<br><br>**ORDER DISMISSING FOURTH-PARTY DEFENDANT YORK INTERNATIONAL CORPORATION** |

Pursuant to the parties' stipulation and good cause appearing,

**IT IS ORDERED** that all claims by Third-Party Defendant/Fourth-Party Plaintiff, Ivy Mechanical Company, LLC, against Fourth-Party Defendant, York International Corporation, be dismissed with prejudice, each party to bear its own attorneys' fees and

costs.

DATED this 13th day of November, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation

- 2 -