IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bovis Lend Lease, Inc., et al.,<br><br>　　　　Defendants.<br>_____<br><br>Bovis Lend Lease, Inc.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ABG Caulking Contractors, Inc.;<br>Babby-Henkel Building Specialties, Inc.;<br>Cell-Air Crete, Inc.;<br>Conway Tile Co. Inc.;<br>Delta/United Specialties, Incorporated;<br>Granite Construction Company;<br>Hardrock Concrete Placement Co., Inc.;<br>Ivey Mechanical Company, LLC;<br>Kawneer Company, Inc.;<br>Mirage Plastering, Inc.;<br>Progressive Services, Inc. d/b/a<br>Progressive Roofing;<br>Romanoski Glass and Mirror Company, Inc.;Signcraft, Inc.; Black Corporations I-XX; White Partnerships I-XX; Does I-XX; and<br>Yellow Manufacturers I-XX,<br>_____<br><br>Ivey Mechanical Company, LLC,<br><br>　　Fourth-Party Plaintiff,<br><br>vs.<br><br>Dynasty Insulation, Inc., an Arizona corporation; Sun Mechanical Contracting | No. CV 10-654-TUC-AWT<br><br>**ORDER DISMISSING WITH PREJUDICE THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF IVEY MECHANICAL COMPANY, LLC** |

Inc., an Arizona Corporation; York International Corporation, a Delaware Corporation; Black Corporations I-XX; White Partnerships I-XX.

Pursuant to the parties' Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that all claims by Plaintiff Oro Valley Hospital, LLC, against Third-Party Defendant/Fourth-Party Plaintiff, Ivey Mechanical Company, LLC, be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 18th day of December, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation