1

2           IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF ARIZONA

4

| | | |
|---|---|---|
| Oro Valley Hospital, L.L.C., | ) | No. CV 10-654-TUC-AWT |
|       Plaintiff, | ) ) ) | **ORDER DISMISSING THIRD-PARTY DEFENDANT CONWAY TILE CO., INC.** |
| vs. | ) ) | |
| Bovis Lend Lease, Inc., and Gould Turner Group, P.C., | ) ) ) | |
|       Defendants. | ) ) | |
| Bovis Lend Lease, Inc., | ) ) | |
|       Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| ABG Caulking Contractors, Inc.; *et al.*, | ) ) | |
|       Third-Party Defendants. | ) ) ) | |
| Conway Title Co., Inc., | ) ) | |
|       Fourth Party Complainants | ) ) | |
| vs. | ) ) | |
| Noble Company; and Dal-Tile Services, Inc. | ) ) ) ) ) ) ) ) ) ) ) | |

     Pursuant to the Stipulation for Dismissal as to Third-Party Defendant, Conway Tile Co.,

Inc., and for good cause appearing,

     **IT IS ORDERED** that any and all third-party claims against Third-Party Defendant

Conway Tile Co., Inc., are hereby dismissed with prejudice.

DATED this 19th day of December, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation

- 2 -