IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C., <br><br>Plaintiff, <br><br>vs. <br><br>Bovis Lend Lease, Inc., and Gould Turner Group, P.C., <br><br>Defendants. | No. CV 10-654-TUC-AWT <br><br>**ORDER DISMISSING THIRD-PARTY DEFENDANT HARDROCK CONCRETE PLACEMENT CO., INC.** |
| Bovis Lend Lease, Inc., <br><br>Third-Party Plaintiff, <br><br>vs. <br><br>ABG Caulking Contractors, Inc.; Babby-Henkel Building Specialties, Inc.; Cell-Air Crete, Inc.; Conway Tile Co. Inc.; Delta/United Specialties, Incorporated; Granite Construction Company; Hardrock Concrete Placement Co., Inc.; Ivey Mechanical Company, LLC; Kawneer Company, Inc.; Mirage Plastering, Inc.; Progressive Services, Inc. d/b/a Progressive Roofing; Romanoski Glass and Mirror Company, Inc.;Signcraft, Inc.; Black Corporations I-XX; White Partnerships I-XX; Does I-XX; and Yellow Manufacturers I-XX, <br><br>Third-Party Defendants. | |

Pursuant to the Stipulation for Dismissal as to Third-Party Defendant, Hardrock Concrete Placement Co., Inc., submitted by attorneys for Plaintiff, Oro Valley Hospital, Inc., and attorneys for Third-Party Defendant, Hardrock Concrete Placement Co., Inc., and for good cause

appearing,

**IT IS ORDERED** that all third-party claims against Third-Party Defendant Hardrock Concrete Placement Co., Inc., are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own fees and costs and Hardrock Concrete Placement Co., Inc. shall be removed from the case caption as a party to this action.

DATED this 19th day of December, 2013.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation