| | |
|---|---|
| 1 | Richard Slade Sevier Jr. (PHV) |
| 2 | Slade.Sevier@arlaw.com<br>**ADAMS AND REESE, L.L.P.** |
| 3 | 424 Church Street, Suite 2800<br>Nashville, Tennessee  37219 |
| 4 | Telephone:     (615) 259-1450 |
| 5 | Facsimile:     (615) 259-1470 |
| 6 | Of Counsel: |
| 7 | Kari B. Zangerle (No. 013164)<br>kzangerle@cycn-phx.com |
| 8 | **CAMPBELL, YOST, CLARE & NORELL, P.C.**<br>101 North First Avenue, Suite 2500 |
| 9 | Phoenix, Arizona  85003 |
| 10 | Telephone:     (602) 322-1600<br>Facsimile:     (602) 322-1634 |
| 11 | |
| 12 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| 15 | Oro Valley Hospital, L.L.C., | ) Case No. 4:10-CV-654-AWT |
| 16 |         Plaintiff, | ) |
| 17 | vs. | )<br>) **NOTICE OF VOLUNTARY** |
| 18 | Bovis Lend Lease, Inc., and | ) **DISMISSAL AS TO THIRD-PARTY** |
|    | Gould Turner Group, P.C., | ) **DEFENDANTS CELL-AIR CRETE,** |
| 19 |         Defendants. | ) **INC., KAWNEER COMPANY, INC.,** |
| 20 | _____ | ) **BLACK CORPORATIONS I-XX,** |
|    | Bovis Lend Lease, Inc., | ) **WHITE PARTNERSHIPS I-XX,** |
| 21 |         Third-Party Plaintiff, | ) **DOES I-XX, AND YELLOW** |
|    | vs. | ) **MANUFACTURES I-XX** |
| 22 | | ) |
| 23 | ABG Caulking Contractors, Inc.; | ) [Assigned to the Honarable |
|    | Babby-Henkel Building Specialties, Inc.; | ) A. Wallace Tashima] |
| 24 | Cell-Air Crete, Inc.; | ) |
|    | Conway Tile Co. Inc.; | ) |
| 25 | Delta/United Specialties, Incorporated; | ) |
| 26 | Granite Construction Company; | ) |
|    | Hardrock Concrete Placement Co., Inc.; | ) |

| | |
|---|---|
| 1 | Ivey Mechanical Company, LLC;            ) |
| 2 | Kawneer Company, Inc.;                         ) |
|   | Mirage Plastering, Inc.;                          ) |
| 3 | Progressive Services, Inc. d/b/a              ) |
|   | Progressive Roofing;                              ) |
| 4 | Romanoski Glass and Mirror Company, ) |
|   | Inc.;                                                        ) |
| 5 | Signcraft, Inc.;                                        ) |
| 6 | Black Corporations I-XX; White            ) |
|   | Partnerships I-XX; Does I-XX; and       ) |
| 7 | Yellow Manufacturers I-XX,                 ) |
| 8 |       Third-Party Defendants.              ) |

Plaintiff Oro Valley Hospital, L.L.C., as assignee of Third-Party Plaintiff Bovis Lend Lease, Inc., herby voluntarily dismisses, without prejudice, the third-party claims against Third-Party Defendants Cell-Air Crete, Inc., Kawneer Company, Inc., Black Corporations I-XX, White Partnerships I-XX, Does I-XX, and Yellow Manufactures I-XX.  As these Third-Party Defendants have not answered or otherwise responded to the Third-Party Complaint, this dismissal is proper under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Accordingly, the only claims remaining in this action are the third-party claims against Third-Party Defendant Progressive Services, Inc. d/b/a Progressive Roofing that were assigned to Plaintiff Oro Valley Hospital, L.L.C., by Third-Party Plaintiff Bovis Lend Lease, Inc.  All other defendants, including the Defendants, the other Third-Party Defendants and the Fourth-Party Defendants, have been dismissed.

*RESPECTFULLY SUBMITTED* this 18th day of July 2014.

**ADAMS AND REESE, L.L.P.**

By: s/ Richard Slade Sevier Jr.
     Richard Slade Sevier Jr.
     *Attorneys for Plaintiff Oro Valley Hospital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July 2014, I electronically transmitted the attached document to the Clerk's Office of the United States District Court for the District of Arizona using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| HOLLOWAY ODEGARD & KELLY PC<br>Peter Corr Kelly, II<br>E-MAIL: pkelly@hoklaw.com<br>Jesse Morgan Showalter<br>E-MAIL: jshowalter@hoklaw.com<br>***Attorneys for Delta/Untied Specialties Inc.*** | UDALL LAW FIRM LLP<br>Thomas Delos Laue<br>E-MAIL: tdlaue@udalllaw.com<br>Jeanna Chandler Nash<br>E-MAIL: jnash@udalllaw.com<br>***Attorneys for Conway Tile Company Inc.*** |
| WOOD SMITH HENNING & BERMAN LLP<br>Dawn M. Gingerich<br>E-MAIL: dgingerich@wshblaw.com<br>***Attorney for Bovis Lend Lease Inc. and Conway Tile Company Inc.*** | CAMPBELL YOST CLARE & NORELL<br>Kari Bernice Zangerle<br>E-MAIL: kzangerle@cycn-phx.com<br>***Attorney for Bovis Lend Lease Inc. and Gould Turner Group PC*** |
| WOOD SMITH HENNING & BERMAN<br>Jill Ann Herman<br>E-MAIL: jherman@wshblaw.com<br>***Attorney for Bovis Lend Lease Inc.*** | WEIL & DRAGE APC<br>John Taro Wendland<br>E-MAIL: jwendland@weildrage.com<br>***Attorney for ABG Caulking Contractors Inc. and Sun Mechanical Contracting Inc.*** |
| CAVANAGH LAW FIRM PA<br>Bradley James Johnston<br>E-MAIL: bjohnston@cavanaghlaw.com<br>***Attorney for DAL-Tile Services*** | BURCH & CRACCHIOLO PA<br>Susan Grace Dana<br>E-MAIL: sdana-kobey@bcattorneys.com<br>***Attorney for Signcraft*** |
| SCHNEIDER & ONOFRY PC<br>Joseph B. Swan, Jr.<br>E-mail: jswan@soarizonalaw.com<br>***Attorney for Noble Company*** | HINSHAW & CULBERTSON LLP<br>Darrell S. Dudzik<br>E-MAIL: ddudzik@hinshawlaw.com<br>***Attorney for Gould Turner Group PC*** |
| TURLEY, SWAN & CHILDERS PC<br>Michael J. Childers<br>E-MAIL: mchilders@tsc-law.com<br>***Attorney for Babby-Henkel Building Specialties Inc. and Romanoski Glass & Mirror Company Inc.*** | O'CONNOR & CAMPBELL<br>Michael R. Altaffer<br>E-MAIL: Michael.Altaffer@occlaw.com<br>Janis G. Pelletier<br>E-MAIL: Janis.pelletier@occlaw.com<br>***Attorneys for Hardrock Concrete Placement Company Inc.*** |

| | |
|---|---|
| POTTS & ASSOCIATES<br>Jan-Georg Roesch<br>E-MAIL: jroesch@travelers.com<br>***Attorney for Hardrock Concrete Placement Company Inc.*** | BREMER WHYTE BROWN & O'MEARA LLP<br>John Joseph Belanger<br>E-MAIL: jbelanger@bremerandwhyte.com<br>Marcus Duane Tappe<br>E-MAIL : mtappe@bremerandwhyte.com<br>***Attorneys for Ivey Mechanical Company LLC*** |
| CAVANAGH LAW FIRM PA<br>Richard J. Woods<br>E-MAIL: Rwoods@cavanaghlaw.com<br>***Attorney for Mirage Plastering Inc.*** | GUST ROSENFELD PLC<br>Michael Stephen Woodlock<br>E-MAIL: woodlock@gustlaw.com<br>***Attorney for Granite Construction Company*** |
| ADAMS AND REESE LLP<br>Jack R. Dodson, III<br>E-MAIL: rob.dodson@arlaw.com<br>Richard Slade Sevier Jr.<br>E-MAIL: slade.sevier@arlaw.com<br>***Attorneys for Oro Valley Hospital LLC*** | RENAUD COOK DRURY MESAROS PA<br>Bryan Matthew Folger<br>E-MAIL: bfolger@rcdmlaw.com<br>Denise J. Wachholz<br>E-MAIL: dwachholz@rcdmlaw.com<br>***Attorneys for York International Corp.*** |

By: s/ Angel M. Ehiemua