IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>Bovis Lend Lease, Inc., and<br>Gould Turner Group, P.C.,<br><br>    Defendants.<br><br>Bovis Lend Lease, Inc.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>ABG Caulking Contractors, Inc.; *et al.*,<br><br>    Third-Party Defendants.<br><br>Ivey Mechanical Company, LLC,<br><br>    Fourth-Party Plaintiff<br><br>vs.<br><br>Dynasty Insulation, Inc.; *et al.*,<br><br>    Fourth-Party Defendants | No. CV 10-654-TUC-AWT<br><br>**ORDER DISMISSING WITH PREJUDICE THIRD-PARTY DEFENDANT ABG CAULKING CONTRACTORS, INC.** |

    Pursuant to the Stipulation for Dismissal With Prejudice as to Third-Party Defendant, ABG Caulking Contractors, Inc., submitted by the attorneys for Plaintiff, Oro Valley Hospital, L.L.C., and the attorneys for Third-Party Defendant, ABG, and for good cause appearing,

1
2     **IT IS ORDERED** that the Third-Party Complaint and all claims, including the assigned third-party claims, against ABG are hereby dismissed with prejudice.
3
4     **IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and ABG shall be removed from the case caption as a party to this action.
5
6     DATED this 6th day of August, 2014.
7
8     _____
      A. Wallace Tashima
      United States Circuit Judge
9     Sitting by Designation
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28