IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oro Valley Hospital, L.L.C.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bovis Lend Lease, Inc., and<br>Gould Turner Group, P.C.,<br><br>　　　　Defendants.<br><br>Bovis Lend Lease, Inc.,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>ABG Caulking Contractors, Inc.; *et al.*,<br><br>　　　　Third-Party Defendants. | No. CV 10-654-TUC-AWT<br><br>**ORDER DISMISSING WITH PREJUDICE THIRD-PARTY DEFENDANT DELTA/UNITED SPECIALTIES, INC.** |

　　　Pursuant to the Stipulation for Dismissal With Prejudice as to Third-Party Defendant, Delta/United Specialties, Inc., submitted by the attorneys for Plaintiff, Oro Valley Hospital, L.L.C., and the attorneys for Third-Party Defendant, Delta/United Specialties, Inc., and for good cause appearing,

　　　**IT IS ORDERED** that all third-party claims against Third-Party Defendant Delta/United Specialties, Inc., are hereby dismissed with prejudice.

　　　**IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and Delta/United Specialties, Inc., shall be removed from the case caption as a party to this action.

DATED this 6th day of August, 2014.

                                                               _____
                                                                   A. Wallace Tashima
                                                                United States Circuit Judge
                                                                   Sitting by Designation