1   Richard Slade Sevier Jr. (PHV)
    Slade.Sevier@arlaw.com
2   **ADAMS AND REESE, L.L.P.**
3   424 Church Street, Suite 2800
    Nashville, Tennessee  37219
4   Telephone:    (615) 259-1450
    Facsimile:    (615) 259-1470
5
6   Of Counsel:
    Kari B. Zangerle (No. 013164)
7   kzangerle@cycn-phx.com
8   **CAMPBELL, YOST, CLARE & NORELL, P.C.**
    101 North First Avenue, Suite 2500
9   Phoenix, Arizona  85003
    Telephone:    (602) 322-1600
10  Facsimile:    (602) 322-1634
11
    *Attorneys for Plaintiff*
12
13              **UNITED STATES DISTRICT COURT**
14                    **DISTRICT OF ARIZONA**
15  Oro Valley Hospital, L.L.C.,                 )   Case No. 4:10-CV-654-AWT
16              Plaintiff,                       )
    vs.                                          )
17                                               )   **STIPULATION FOR DISMISSAL**
18  Bovis Lend Lease, Inc., and                  )   **AS TO THIRD-PARTY DEFENDANT**
    Gould Turner Group, P.C.,                    )   **PROGRESSIVE SERVICES, INC.**
19              Defendants.                      )   **d/b/a PROGRESSIVE ROOFING**
    _____      )
20  Bovis Lend Lease, Inc.,                      )
21              Third-Party Plaintiff,           )
    vs.                                          )   [Assigned to the Honarable
22                                               )   A. Wallace Tashima]
23  ABG Caulking Contractors, Inc.;              )
    Babby-Henkel Building Specialties, Inc.;     )
24  Cell-Air Crete, Inc.;                        )
    Conway Tile Co. Inc.;                        )
25  Delta/United Specialties, Incorporated;      )
26  Granite Construction Company;                )
    Hardrock Concrete Placement Co., Inc.;       )

| | |
|---|---|
| 1 | Ivey Mechanical Company, LLC;      ) |
| 2 | Kawneer Company, Inc.;            ) <br> Mirage Plastering, Inc.;          ) |

Ivey Mechanical Company, LLC;                    )
Kawneer Company, Inc.;                             )
Mirage Plastering, Inc.;                            )
Progressive Services, Inc. d/b/a                  )
Progressive Roofing;                               )
Romanoski Glass and Mirror Company,           )
Inc.;                                              )
Signcraft, Inc.;                                   )
Black Corporations I-XX; White                   )
Partnerships I-XX; Does I-XX; and                )
Yellow Manufacturers I-XX,                        )
           Third-Party Defendants.             )

Plaintiff Oro Valley Hospital, L.L.C., as assignee of Third-Party Plaintiff Bovis Lend Lease, Inc., by and through undersigned counsel, hereby gives notice that the third-party claims against Third-Party Defendant Progressive Services, Inc., d/b/a Progressive Roofing ("Third-Party Defendant Progressive") have been settled and stipulates that Third-Party Defendant Progressive may be dismissed from this matter with prejudice with each party to bear their own costs and attorneys' fees.  Further, this action may be closed as Third-Party Defendant Progressive was the last remaining party with claims pending against it.

*RESPECTFULLY SUBMITTED* this 25th day of August 2014.

**ADAMS AND REESE, L.L.P.**

By: s/ Richard Slade Sevier Jr.
    Richard Slade Sevier Jr.
    *Attorneys for Plaintiff Oro Valley Hospital, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 25th day of August 2014, I electronically transmitted the attached document to the Clerk's Office of the United States District Court for the District of Arizona using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| HOLLOWAY ODEGARD & KELLY PC<br>Peter Corr Kelly, II<br>E-MAIL: pkelly@hoklaw.com<br>Jesse Morgan Showalter<br>E-MAIL: jshowalter@hoklaw.com<br>*Attorneys for Delta/Untied Specialties Inc.* | UDALL LAW FIRM LLP<br>Thomas Delos Laue<br>E-MAIL: tdlaue@udalllaw.com<br>Jeanna Chandler Nash<br>E-MAIL: jnash@udalllaw.com<br>*Attorneys for Conway Tile Company Inc.* |
| WOOD SMITH HENNING & BERMAN LLP<br>Dawn M. Gingerich<br>E-MAIL: dgingerich@wshblaw.com<br>*Attorney for Bovis Lend Lease Inc. and Conway Tile Company Inc.* | CAMPBELL YOST CLARE & NORELL PC<br>Kari Bernice Zangerle<br>E-MAIL: kzangerle@cycn-phx.com<br>*Attorney for Bovis Lend Lease Inc. and Gould Turner Group PC* |
| WOOD SMITH HENNING & BERMAN LLP<br>Jill Ann Herman<br>E-MAIL: jherman@wshblaw.com<br>*Attorney for Bovis Lend Lease Inc.* | WEIL & DRAGE APC<br>John Taro Wendland<br>E-MAIL: jwendland@weildrage.com<br>*Attorney for ABG Caulking Contractors Inc. and Sun Mechanical Contracting Inc.* |
| CAVANAGH LAW FIRM PA<br>Bradley James Johnston<br>E-MAIL: bjohnston@cavanaghlaw.com<br>*Attorney for DAL-Tile Services* | BURCH & CRACCHIOLO PA<br>Susan Grace Dana<br>E-MAIL: sdana-kobey@bcattorneys.com<br>*Attorney for Signcraft* |
| SCHNEIDER & ONOFRY PC<br>Joseph B. Swan, Jr.<br>E-mail: jswan@soarizonalaw.com<br>*Attorney for Noble Company* | HINSHAW & CULBERTSON LLP<br>Darrell S. Dudzik<br>E-MAIL: ddudzik@hinshawlaw.com<br>*Attorney for Gould Turner Group PC* |
| TURLEY, SWAN & CHILDERS PC<br>Michael J. Childers<br>E-MAIL: mchilders@tsc-law.com<br>*Attorney for Babby-Henkel Building Specialties Inc. and Romanoski Glass & Mirror Company Inc.* | O'CONNOR & CAMPBELL<br>Michael R. Altaffer<br>E-MAIL: Michael.Altaffer@occlaw.com<br>Janis G. Pelletier<br>E-MAIL: Janis.pelletier@occlaw.com<br>*Attorneys for Hardrock Concrete Placement Company Inc.* |

| | |
|---|---|
| POTTS & ASSOCIATES<br>Jan-Georg Roesch<br>E-MAIL: jroesch@travelers.com<br>***Attorney for Hardrock Concrete Placement Company Inc.*** | BREMER   WHYTE   BROWN   &<br>O'MEARA LLP<br>John Joseph Belanger<br>E-MAIL: jbelanger@bremerandwhyte.com<br>Marcus Duane Tappe<br>E-MAIL : mtappe@bremerandwhyte.com<br>***Attorneys for Ivey Mechanical Company LLC*** |
| CAVANAGH LAW FIRM PA<br>Richard J. Woods<br>E-MAIL: Rwoods@cavanaghlaw.com<br>***Attorney for Mirage Plastering Inc.*** | GUST ROSENFELD PLC<br>Michael Stephen Woodlock<br>E-MAIL: woodlock@gustlaw.com<br>***Attorney for Granite Construction Company*** |
| ADAMS AND REESE LLP<br>Jack R. Dodson, III<br>E-MAIL: rob.dodson@arlaw.com<br>Richard Slade Sevier Jr.<br>E-MAIL: slade.sevier@arlaw.com<br>***Attorneys for Oro Valley Hospital LLC*** | RENAUD COOK DRURY MESAROS PA<br>Bryan Matthew Folger<br>E-MAIL: bfolger@rcdmlaw.com<br>Denise J. Wachholz<br>E-MAIL: dwachholz@rcdmlaw.com<br>***Attorneys for York International Corp.*** |

By: s/ Angel M. Ehiemua