# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ORO VALLEY HOSPITAL, L.L.C., | No. CV 10-654 TUC AWT |
| Plaintiff, | **ORDER CLOSING CASE** |
| vs. | |
| BOVIS LEND LEASE, INC., et al., | |
| Defendants. | |

On August 25, 2014, this Court received the parties' stipulation to dismiss third-party defendant Progress Services, Inc. d/b/a Progressive Roofing ("Progressive"). Pursuant to said stipulation, Progressive was dismissed as a party with prejudice. Said stipulation, which was signed by plaintiff, further states that "this action may be closed as Third-Party Defendant Progressive was the last remaining party with claims pending against it." Accordingly, the Court orders this matter CLOSED.

DATED this 9th day of December, 2014.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation